# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Jacqueline Elizabeth Ard, Terry Frank Nicola<br>*Appellant(s)*<br>v.<br>Kevin Campbell, Esq., Michael H. Conrady, Esq.<br>*Appellee(s)* | )<br>)<br>)<br>)<br>) | Civil Action No. 9:26-cv-00994-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

❒ other: the decision of the Bankruptcy Court is affirmed.

This action was

❒ decided by Honorable Bruce Howe Hendricks, United States District Judge.

Date: May 28, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/S. Shealy

*Signature of Deputy Clerk*